UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                      Case No. 20-15370-AJC
                                                                            Chapter 7
**YORDIS CHAVEZ**
SS #XXX-XX-3535


_____ Debtor(s) _____ /

## NOTICE OF DEPOSIT OF FUNDS

Notice is hereby given that:

(X)   The trustee is holding $20,000 in the trustee's account from the sale of 370 Horseshoe Loop [ECF 42] in which funds are due to Antonio Quinta pursuant to the Sale Order [ECF 37] at paragraph 26. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. The undersigned is advised and believes that Mr. Quinta resides in Cuba. His son, Miguel Quinta, is aware that these funds are on deposit with the Clerk and will advise his father to make arrangements to claim the funds from the Clerk of Court; or

( )   The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.


        Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

        WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 5th day of February, 2021, to debtor, attorney for debtor and Assistant United States Trustee, 51 S.W. First Avenue, Suite 1204, Miami, FL 33130.

                                                        _____
                                                        Drew M. Dillworth, Trustee
                                                        150 W. FLAGLER STREET
                                                        22ND FLOOR
                                                        MIAMI, FL 33130
                                                        Telephone: (305) 789-3598
                                                        Fax: (305) 789-3395

**CHAVEZ, YORDIS**
**20-15370-AJC**
**STALED DATED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
| ECF 34 | Antonio Quinta | $20,000 |